UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Everett Cook, Sylvia Mae Cook, and Timothy Blake Cook, natural persons, | Court File No.:  06-0022 (DWF/AJB) |
| Plaintiffs, | |
| v. | |
| City of Minneapolis, a municipal entity; Minneapolis Police Officer Mark Johnson, Badge #003459, in his individual, personal and official capacity; Sgt. D. Smulski, in his individual, personal and official capacity; Officer K. Blackwell, in his individual, personal and official capacity; Officer Geoffrey Toscano, Badge #007257, in his individual, personal and official capacity; Officer Bevan Blauert, Badge #003459, in his individual, personal and official capacity; Officer Jon Petron, Badge #4671, in his individual, personal and official capacity; Officer Christopher House, Badge #3165, in his individual, personal and official capacity; Sgt. Robert Kroll, Badge #003874, in his individual, personal and official capacity; Officer Christie Nelson, Badge #4959, in his individual, personal and official capacity; Officer William Willner, Badge #7783, in his individual, personal and official capacity; Officer Westlund,  Badge #7674, in his individual, personal and official capacity; Officer Roger Smith, Badge #006689; Officer Jason King, Badge #003704, in his individual, personal and official capacity; Officer Timothy Hands, Badge #002660, in his individual, personal and official capacity; and Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police Officers, in their personal, individual, and official capacities, | DEFENDANTS' MOTION TO COMPEL DISCOVERY PURSUANT TO RULE 37 |
| Defendants. | |

Defendants bring this Motion to Compel Discovery pursuant to Fed. R. Civ. P. 37. Plaintiff has failed to produce documents responsive to Defendants' discovery requests. Therefore, Defendants respectfully request that this Court issue an Order compelling Plaintiff to fully answer Defendants' discovery requests by producing documents maintained by Plaintiff and necessary for Defendants' preparation of its defense of this lawsuit.

Dated: 2-15-2007

JAY M. HEFFERN
City Attorney
By
 /s/ Tracey L. Nelson
TRACEY L. NELSON
Assistant City Attorney
Attorney Reg. No. 0311807
Attorneys for Defendants
333 South 7th Street, Suite 300
Minneapolis, MN  55402-2453