I, Timothy B. Cook, D.O.B. _____, hereby authorize the National Crime Information Center (NCIC) to release any and all information that it may have pertaining to him to the Minneapolis City Attorney's Office, or any of its representatives or employees.

This information is needed for the purposes of civil litigation.  A photocopy of this document is as valid as the original bearing my signature.


Dated: _____          _____
                                         Signature

**AUTHORIZATION TO RELEASE DOCUMENTS**

I, Timothy B. Cook, hereby authorize the Hennepin County Sheriff's Department to release any and all documents that it may have pertaining to me to the Minneapolis City Attorney's Office, or any of its representatives or employees.

This authorization specifically includes, but is not limited to, booking photographs, jail records, medical records, internal affairs documents and jail behavior records.

This information is needed for the purposes of civil litigation. A photocopy of this document is as valid as the original bearing my signature.


Dated _____                    _____
                                                              Signature

## AUTHORIZATION FOR RELEASE OF PRIVATE HEALTH INFORMATION

**PATIENT:**

_____
Name

_____
Address                    City              State              Zip

_____
Birth Date                        Social Security Number

**INFORMATION TO BE RELEASED TO:**
Office of the City Attorney – City Of Minneapolis
333 7th Street, Suite 300, Minneapolis, MN  55402-2453            (612) 673-2010
and/or authorized agent of the Office of the City Attorney:_____

_____
Address                                              Telephone

**CUSTODIAN OF RECORDS:**

_____
Hospital/Doctor

_____
Address                                              Telephone

**INFORMATION TO BE RELEASED:**

| | | | | | |
|---|---|---|---|---|---|
| X | Discharge Summary | X | Treatment for alcohol and/or | X | Counselor's Discharge Summary |
| X | Nurses' Report | | drug abuse, sickle cell anemia | X | Physical Therapy Records |
| X | Consultation Reports | | and/or mental problems | X | X-Ray Reports/Films |
| X | Itemized Billing | X | History & Physical Exam | X | Correspondence |
| | Statement | X | Laboratory Reports | X | Pharmacy Records |
| X | Scan/CT Reports | X | MMPI | X | EMG |
| X | Doctor's Reports | X | Operative Reports | X | Narrative Reports |
| X | Pathology Reports | X | EKG | X | Records from any other treatment provider in the file |

**PURPOSE:**     This information is needed for the following Purpose: (Case/claim) _____

_____

- This authorization will automatically expire upon the final adjudication of or settlement of the lawsuit or claim for which the information is sought.
- This authorization may be revoked by written request of the patient at any time to the address listed for the Office of the City Attorney.  A revocation will not apply to information that has already been released in response to this authorization.
- Once information is released pursuant to this authorization, the information may be subject to re-disclosure by the recipient and may no longer be protected by the federal privacy rule, 45 CFR Parts 160 and 164.
- With the exception of psychotherapy notes, all records pertaining to psychiatric/mental health, chemical dependency and /or AIDS/HIV related illness/testing will be released unless otherwise indicated by a checkmark here: ____.  Please indicate any restrictions: (Specify) _____
- This authorization must be filled out completely and signed and dated in order to be considered valid.
- A copy of this authorization will be considered as valid as the original authorization.
- Treatment, payment for services, enrollment and eligibility for benefits are not contingent upon the signing of this authorization form.

**PATIENT'S/ AUTHORIZED PERSON'S SIGNATURE:**

_____
Signature of Patient/Authorized Person        Authorized Person's authority to sign        Date

Reason Patient is unable to sign:  Minor        Deceased        Other:_____

I, Charles E. Cook , D.O.B. _____, hereby authorize the National Crime Information Center (NCIC) to release any and all information that it may have pertaining to him to the Minneapolis City Attorney's Office, or any of its representatives or employees.

This information is needed for the purposes of civil litigation.  A photocopy of this document is as valid as the original bearing my signature.


Dated: _____                    _____
                                                                Signature

**AUTHORIZATION TO RELEASE DOCUMENTS**

I, Charles E. Cook, hereby authorize the Hennepin County Sheriff's Department to release any and all documents that it may have pertaining to me to the Minneapolis City Attorney's Office, or any of its representatives or employees.

This authorization specifically includes, but is not limited to, booking photographs, jail records, medical records, internal affairs documents and jail behavior records.

This information is needed for the purposes of civil litigation.  A photocopy of this document is as valid as the original bearing my signature.


Dated _____                    _____
                                                                Signature

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| | |
|---|---|
| **PATIENT:** | Cook, Charles E.<br>Name<br><br>Address<br><br><br>Birth Date                                  Social Security Number |
| **AUTHORIZED PERSON TO OBTAIN RECORDS** | OFFICE OF THE CITY ATTORNEY – CITY OF MINNEAPOLIS<br>Attorney<br>333 7th Street, Suite 333, Minneapolis, MN  55402-2453<br>and/or their agents, Medical Records, Inc. |
| **CUSTODIAN OF RECORDS** | _____<br>Hospital/Doctor<br><br>_____<br>Address |

**INFORMATION TO BE DISCLOSED**

<u>X</u>   All information, including but not limited to the following:

| | | |
|---|---|---|
| <u>X</u> | Discharge Summary | <u>X</u>   Treatment for alcohol and/or |
| <u>X</u> | Nurses' Report | drug abuse, sickle cell anemia |
| <u>X</u> | Consultation Reports | and/or mental problems |
| <u>X</u> | Itemized Billing | <u>X</u>   History & Physical Exam |
| | Statement | <u>X</u>   Laboratory Reports |
| <u>X</u> | Scan/CT Reports | <u>X</u>   MMPI |
| <u>X</u> | Doctor's Reports | <u>X</u>   Operative Reports |
| <u>X</u> | EMG | <u>X</u>   Narrative Reports |
| <u>X</u> | Pathology Reports | <u>X</u>   EKG |
| <u>X</u> | X-Ray Reports/X-Ray Films | <u>X</u>   (all) Correspondence |
| <u>X</u> | Any and all other | <u>X</u>   CHART (SPECIFY) |
| | Information in your | Entire chart, including all correspondence |
| | Possession | and all records from any other treatment |
| | | providers; no exceptions |

**PURPOSE**

This information is needed for the following purpose:

_____  Insurance Claim
___<u>X</u>___  Lawsuit
_____  Other Workers' Compensation Litigation

**REVOCATION**

I understand that I may revoke this consent at any time, and that upon fulfillment of the above-stated purpose(s), this consent will automatically expire without my express revocation.

ATTENTION PUBLIC FACILITIES:  Minnesota Statutes § 15.163 require automatic expiration of this authorization one year from date of authorization.

**AUTHORIZATION**   This will authorize you to release to the above Authorized Persons for their review and their copying, <u>all</u> of the information listed hereon in your possession, including but not limited to medical records maintained while I was a patient during _____ and at any other time during my lifetime.

**PATIENT'S SIGNATURE**      _____
                             Signature                                    Date

Photocopy:  A copy of this authorization shall be treated as an original.

STATE OF MINNESOTA

COUNTY OF HENNEPIN

Charles Everett Cook, Sylvia Mae Cook, and
Timothy Blake Cook, natural persons,

Plaintiffs,

v.

City of Minneapolis, a municipal entity;
Minneapolis Police Officer Mark Johnson,
Badge #003459, in his individual, personal and
official capacity; Sgt. D. Smulski, in his
individual, personal and official capacity;
Officer K. Blackwell, in his individual, personal
and official capacity; Officer Geoffrey Toscano,
Badge #007257, in his individual, personal and
official capacity; Officer Bevan Blauert, Badge
#003459, in his individual, personal and official
capacity; Officer Jon Petron, Badge #4671, in
his individual, personal and official capacity;
Officer Christopher House, Badge #3165, in his
individual, personal and official capacity; Sgt.
Robert Kroll, Badge #003874, in his individual,
personal and official capacity; Officer Christie
Nelson, Badge #4959, in his individual, personal
and official capacity; Officer William Willner,
Badge #7783, in his individual, personal and
official capacity; Officer Westlund,  Badge
#7674, in his individual, personal and official
capacity; Officer Roger Smith, Badge #006689;
Officer Jason King, Badge #003704, in his
individual, personal and official capacity;
Officer Timothy Hands, Badge #002660, in his
individual, personal and official capacity; and
Officers Jane Doe and Richard Roe, unknown
and unnamed Minneapolis Police Officers, in
their personal, individual, and official
capacities,

Defendants.

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Court File No.:  06L-0022 (DWF-AJB)

**DEFENDANTS' INTERROGATORIES
TO PLAINTIFF**

TO:     Plaintiffs above-named and their attorneys, Albert Goins, Goins & Wood, 301 Fourth
        Avenue South, 378 Grain Exchange Building, Minneapolis, Minnesota 55415, and
        Maya Sullivan, 3948 Central Avenue N.E., Ste. 103, Minneapolis, MN 55421.

PLEASE TAKE NOTICE, pursuant to Rule 33, Federal Rules of Civil Procedure,

demand is hereby made that Plaintiff provide sworn answers and responses to the following

Interrogatories within the time period prescribed by law.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 26(e), Federal Rules of Civil

Procedure, these Interrogatories are deemed to be continuing and any additional or subsequent

information you receive relating to the subject matter of this discovery must be furnished to the

undersigned. OBJECTION WILL BE MADE AT THE TIME OF TRIAL AGAINST ANY

ATTEMPT TO INTRODUCE EVIDENCE WHICH IS DIRECTLY SOUGHT BY THESE

INTERROGATORIES AND WHICH HAS NOT BEEN PREVIOUSLY DISCLOSED.

### INSTRUCTIONS

1.      Pursuant to Rule 33, Federal Rules of Civil Procedure, answer each Interrogatory

separately and fully, in writing, under oath, unless it is objected to, in which event the reasons

therefor must be stated in lieu of an answer.

2.      The term "identify" when used by these Interrogatories in reference to any

individual person means to state the full name, the present or last known address and telephone

number and the present or last known place of employment of each such individual.

3.      The term "identify" when used by these Interrogatories in reference to a document

or statement means to state the type of document or statement, the date, the author and/or the

person executing the item, the person(s) having custody or control over the item and the item's

location.

2

4.     The term "statement" when used by these interrogatories means any written statement signed or otherwise adopted or approved by the person making it or a stenographic, mechanical, electrical or other recording or a transcription thereof which is substantially a verbatim recital of an oral statement by the person making it and contemporaneously recorded.

5.     The term "document" means the original and any copy (by any means made) regardless of origin or location of any written, printed, recorded, transcribed, punched, taped, filmed, or graphic matter, however produced or reproduced, including but not limited to any telegram, book, pamphlet, manual, magazine, letter, memorandum, report, check, checkstub, record study, handwritten note, working paper, diary, chart, paper, graph, drawing, purchase order, invoice, bill of lading, blueprint, plan, specification, sketch, layout, schematic, interoffice memoranda, inter-personal communication, photograph, warranty, contract, agreement, opinion, index, tape, disk, data sheet, data process card, computer storage device, or any other medium in possession of you or your attorney of record.

6.     An evasive or incomplete answer is deemed to be a failure to answer within the meaning of Rule 37, Federal Rules of Civil Procedure.

## INTERROGATORIES

1.     For each Plaintiff, state the full name, all other names by which they have been known, social security number, marital status, home address, business address, education, occupation and date of birth of each Plaintiff.

2.     For each Plaintiff, give the full name and address of the present and any prior spouse(s).

3

3.     For each Plaintiff, state the full name and address of present and all prior employers since January 1, 1985, and for each give the dates of employment, the name and business address of the immediate supervisor and the reasons for leaving.

4.     Have any of the Plaintiffs ever filed any other claims for damages of any kind against any public body or public official? If so, fully identify the exact nature of such claims, the parties to such claims, where such claims were filed and the disposition of each.

5.     Have any of the Plaintiffs ever been the claimant, petitioner or plaintiff in any other claim for personal injury arising from an accident or other event, including Workers' Compensation claims? If so, state fully and in detail all facts of such claim, the dates thereof, the identity of all parties thereto, the injuries sustained and whether or not those injuries were deemed permanent.

6.     Fully identify each and every medical professional each of the Plaintiffs have consulted or received care or treatment since January 1, 1985, and for each include their present address, the reason or condition which caused Plaintiff to receive care or treatment and the dates thereof.

7.     For each Plaintiff, fully identify each and every medical care institution, clinic or hospital in which any Plaintiff has received care or treatment since January 1, 1985, and for each give the dates and reasons for such care or treatment.

8.     Have any of the Plaintiffs ever been treated or counseled for a chemical problem of any kind? If so, fully identify the nature of the chemical problem, the name and address of the treating person(s), institution or entity and the inclusive dates of treatment.

9.     Have any of the Plaintiffs ever been treated or counseled for a problem involving mental or emotional health? If so, fully identify the nature or the mental or emotional problem,

4