

**Minneapolis**
*City of Lakes*

**Office of the City Attorney**
Jay M. Heffern
City Attorney

333 South 7th Street - Suite 300
Minneapolis MN 55402-2453

| | |
|---|---|
| Office | 612 673-2010 |
| Civil Division Fax | 612 673-3362 |
| Criminal Division Fax | 612 673-2189 |
| MCDA Fax | 612 673-5112 |
| TTY | 612 673-2157 |

January 11, 2007

Albert Goins, Esq.
Goins & Woods
301 4th Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415

Re: <u>Cook, et. a.l. v. City of Minneapolis</u>

Dear Mr. Goins:

Upon reviewing my files I see that the discovery responses and requests sent to you on September 15, 2006, are overdue. Please let me know when they will be completed.

Very truly yours,

TRACEY NELSON
Assistant City Attorney
(612) 673-2254

EXHIBIT
3