

**Minneapolis**
*City of Lakes*

**Office of the City Attorney**
Jay M. Heffern
City Attorney

333 South 7th Street - Suite 300
Minneapolis MN 55402-2453

Office 612 673-2010
Civil Division Fax 612 673-3362
Criminal Division Fax 612 673-2189
MCDA Fax 612 673-5112
TTY 612 673-2157

January 22, 2007

Albert Goins, Esq.
Goins & Woods
301 4th Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415

Re:   Cook, et. a.l. v. City of Minneapolis
      United States Court File No.: 06-0022 (DWF/AJB)

Dear Mr. Goins:

The discovery responses and requests sent to you on September 15, 2006, are overdue. My letter of January 11, 2007, requested you let me know when they will be completed. I have not heard from you regarding there completion date. Please provide me with the responses by Thursday, January 25, 2007.

Very truly yours,

TRACEY NELSON
Assistant City Attorney
(612) 673-2254

www.ci.minneapolis.mn.us
Affirmative Action Employer



EXHIBIT 4