

**Minneapolis**
*City of Lakes*

**Office of the City Attorney**
Jay M. Heffern
City Attorney

333 South 7th Street - Suite 300
Minneapolis MN 55402-2453

| | |
|---|---|
| Office | 612 673-2010 |
| Civil Division Fax | 612 673-3362 |
| Criminal Division Fax | 612 673-2189 |
| MCDA Fax | 612 673-5112 |
| TTY | 612 673-2157 |

January 16, 2007

Albert Goins, Esq.
Goins & Wood, P.C.
301 4th Avenue South
378 Grain Exchange Building
Minneapolis, MN

    Re:    <u>Cook, et. al. v. City of Minneapolis, et. al.</u>
            Court File No.: 06-0022 (DWF/AJB)

Dear Mr. Goins:

Please find enclosed and hereby served upon you by facsimile and United States mail the Notices of Taking Deposition of Charles Everett Cook, Sylvia Mae Cook and Timothy Blake Cook in the above-referenced matter.

                                            Very truly yours,

                                            TRACEY NELSON
                                            Assistant City Attorney
                                            (612) 673-2254



EXHIBIT 5

www.ci.minneapolis.mn.us
Affirmative Action Employer

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles Everett Cook, Sylvia Mae Cook,
And Timothy Blake Cook, natural persons,

          Plaintiffs,

v.

City of Minneapolis, a municipal entity; Minneapolis Police Officer Mark Johnson, Badge #003459, in his individual, personal and official capacity; Sgt. D. Smulski, in his individual, personal and official capacity; Officer K. Blackwell, in his individual, personal and official capacity; Officer Geoffrey Toscano, Badge #007257, in his individual, personal and official capacity; Officer Bevan Blauert, Badge #003459, in his individual, personal and official capacity; Officer Jon Petron, Badge #4671, in his individual, personal and official capacity; Officer Christopher House, Badge #3165, in his individual, personal and official capacity; Sgt. Robert Kroll, Badge #003874, in his individual, personal and official capacity; Officer Christie Nelson, Badge #4959, in his individual, personal and official capacity; Officer William Willner, Badge #7783, in his individual, personal and official capacity; Officer Westlund, Badge #7674, in his individual, personal and official capacity; Officer Roger Smith, Badge #006689, ; Officer Jason King, Badge #003704, in his individual, personal and official capacity; Officer Timothy Hands, Badge #002660, in his individual, personal and official capacity; and Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police Officers, in their personal, individual, and official capacities,

          Defendants.

AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                   )SS
COUNTY OF HENNEPIN  )

     Helen Peters, of the City of Minneapolis, County of Hennepin in the State of Minnesota, being duly sworn, says that on January 16, 2007, she served a copy of the annexed Notices of taking Deposition of Charles Everette Cook, Sylvia Mae Cook and Timothy Blake Cook on Albert T. Goins, the attorneys for Charles Everett Cook, Sylvia Mae Cook and Timothy Blake Cook, the Plaintiffs in this action, by faxing and mailing to him a copy thereof, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota directed to:

Albert T. Goins Sr., Esq.
Goins & Wood, P.C.
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415-1413

the last known address of said attorney.

Subscribed and sworn to
before me this 23rd day
of January, 2007.

_Kerry Jo A. Sovell_
Notary Public
My Commission expires: 2008

KERRY JO A. SOVELL
Notary Public
Minnesota
My Commission Expires Jan. 31, 2008

2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Charles Everett Cook, Sylvia Mae Cook, and
Timothy Blake Cook, natural persons,

           Plaintiffs,

v.

City of Minneapolis, a municipal entity;
Minneapolis Police Officer Mark Johnson,
Badge #003459, in his individual, personal and
official capacity; Sgt. D. Smulski, in his
individual, personal and official capacity;
Officer K. Blackwell, in his individual, personal
and official capacity; Officer Geoffrey Toscano,
Badge #007257, in his individual, personal and
official capacity; Officer Bevan Blauert, Badge
#003459, in his individual, personal and official
capacity; Officer Jon Petron, Badge #4671, in
his individual, personal and official capacity;
Officer Christopher House, Badge #3165, in his
individual, personal and official capacity; Sgt.
Robert Kroll, Badge #003874, in his individual,
personal and official capacity; Officer Christie
Nelson, Badge #4959, in his individual, personal
and official capacity; Officer William Willner,
Badge #7783, in his individual, personal and
official capacity; Officer Westlund, Badge
#7674, in his individual, personal and official
capacity; Officer Roger Smith, Badge #006689;
Officer Jason King, Badge #003704, in his
individual, personal and official capacity;
Officer Timothy Hands, Badge #002660, in his
individual, personal and official capacity; and
Officers Jane Doe and Richard Roe, unknown
and unnamed Minneapolis Police Officers, in
their personal, individual, and official
capacities,

           Defendants.

Court File No.: 06-0022 (DWF/AJB)

NOTICE OF TAKING DEPOSITION
OF CHARLES EVERETT COOK

TO:   Plaintiff above-named and his attorney, Albert T. Goins, Sr., 378 Grain Exchange Building North, 301 4th Avenue South, Minneapolis, MN 55415-1413 and Maya C. Sullivan, 3948 Central Avenue N. E., Minneapolis, MN 55421

PLEASE TAKE NOTICE, that the deposition of Charles Everett Cook by oral examination will be taken before a Court Reporter, from the Court Reporting Firm of Kirby Kennedy and Associates at 333 South 7th Street, Suite 300, in the City of Minneapolis, in the County of Hennepin, State of Minnesota on the January 31, 2007 day of January at 9:30 a.m., and thereafter by adjournment until the same shall be completed.

**Pursuant to Minn. Stat. § 486.10, please be advised that the firm of Kirby Kennedy and Associates has a non-exclusive contract with the Office of the City Attorney for the provision of court reporting services.**

Dated: 1-16-07

JAY M. HEFFERN
City Attorney
By _____
TRACEY L. NELSON
Assistant City Attorney
Attorney Reg No. 0311807
Attorneys for Defendants
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453

2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Charles Everett Cook, Sylvia Mae Cook, and
Timothy Blake Cook, natural persons,

        Court File No.: 06-0022 (DWF/AJB)

    Plaintiffs,

v.

NOTICE OF TAKING DEPOSITION
OF SYLVIA MAE COOK

City of Minneapolis, a municipal entity;
Minneapolis Police Officer Mark Johnson,
Badge #003459, in his individual, personal and
official capacity; Sgt. D. Smulski, in his
individual, personal and official capacity;
Officer K. Blackwell, in his individual, personal
and official capacity; Officer Geoffrey Toscano,
Badge #007257, in his individual, personal and
official capacity; Officer Bevan Blauert, Badge
#003459, in his individual, personal and official
capacity; Officer Jon Petron, Badge #4671, in
his individual, personal and official capacity;
Officer Christopher House, Badge #3165, in his
individual, personal and official capacity; Sgt.
Robert Kroll, Badge #003874, in his individual,
personal and official capacity; Officer Christie
Nelson, Badge #4959, in his individual, personal
and official capacity; Officer William Willner,
Badge #7783, in his individual, personal and
official capacity; Officer Westlund, Badge
#7674, in his individual, personal and official
capacity; Officer Roger Smith, Badge #006689;
Officer Jason King, Badge #003704, in his
individual, personal and official capacity;
Officer Timothy Hands, Badge #002660, in his
individual, personal and official capacity; and
Officers Jane Doe and Richard Roe, unknown
and unnamed Minneapolis Police Officers, in
their personal, individual, and official
capacities,

    Defendants.

---

TO: Plaintiff above-named and her attorney, Albert T. Goins, Sr., 378 Grain Exchange Building North, 301 4th Avenue South, Minneapolis, MN 55415-1413 and Maya C. Sullivan, 3948 Central Avenue N. E., Minneapolis, MN 55421

PLEASE TAKE NOTICE, that the deposition of Sylvia Mae Cook by oral examination will be taken before a Court Reporter, from the Court Reporting Firm of Kirby Kennedy and Associates at 333 South 7th Street, Suite 300, in the City of Minneapolis, in the County of Hennepin, State of Minnesota on the January 31, 2007 day of January at 1:00 p.m., and thereafter by adjournment until the same shall be completed.

**Pursuant to Minn. Stat. § 486.10, please be advised that the firm of Kirby Kennedy and Associates has a non-exclusive contract with the Office of the City Attorney for the provision of court reporting services.**

Dated: 1·16·07

JAY M. HEFFERN
City Attorney
By /s/
TRACEY L. NELSON
Assistant City Attorney
Attorney Reg No. 0311807
Attorneys for Defendants
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453

2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Charles Everett Cook, Sylvia Mae Cook, and
Timothy Blake Cook, natural persons,

              Plaintiffs,

v.

City of Minneapolis, a municipal entity;
Minneapolis Police Officer Mark Johnson,
Badge #003459, in his individual, personal and
official capacity; Sgt. D. Smulski, in his
individual, personal and official capacity;
Officer K. Blackwell, in his individual, personal
and official capacity; Officer Geoffrey Toscano,
Badge #007257, in his individual, personal and
official capacity; Officer Bevan Blauert, Badge
#003459, in his individual, personal and official
capacity; Officer Jon Petron, Badge #4671, in
his individual, personal and official capacity;
Officer Christopher House, Badge #3165, in his
individual, personal and official capacity; Sgt.
Robert Kroll, Badge #003874, in his individual,
personal and official capacity; Officer Christie
Nelson, Badge #4959, in his individual, personal
and official capacity; Officer William Willner,
Badge #7783, in his individual, personal and
official capacity; Officer Westlund, Badge
#7674, in his individual, personal and official
capacity; Officer Roger Smith, Badge #006689;
Officer Jason King, Badge #003704, in his
individual, personal and official capacity;
Officer Timothy Hands, Badge #002660, in his
individual, personal and official capacity; and
Officers Jane Doe and Richard Roe, unknown
and unnamed Minneapolis Police Officers, in
their personal, individual, and official
capacities,

              Defendants.

Court File No.: 06-0022 (DWF/AJB)

NOTICE OF TAKING DEPOSITION
OF TIMOTHY BLAKE COOK

TO:     Plaintiff above-named and his attorney, Albert T. Goins, Sr., 378 Grain Exchange Building North, 301 4th Avenue South, Minneapolis, MN 55415-1413 and Maya C. Sullivan, 3948 Central Avenue N. E., Minneapolis, MN 55421

PLEASE TAKE NOTICE, that the deposition of Timothy Blake Cook by oral examination will be taken before a Court Reporter, from the Court Reporting Firm of Kirby Kennedy and Associates at 333 South 7th Street, Suite 300, in the City of Minneapolis, in the County of Hennepin, State of Minnesota on the January 31, 2007 day of January at 3:30 p.m., and thereafter by adjournment until the same shall be completed.

**Pursuant to Minn. Stat. § 486.10, please be advised that the firm of Kirby Kennedy and Associates has a non-exclusive contract with the Office of the City Attorney for the provision of court reporting services.**

Dated: 1-16-07

JAY M. HEFFERN
City Attorney
By _____
TRACEY L. NELSON
Assistant City Attorney
Attorney Reg No. 0311807
Attorneys for Defendants
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453

2

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0273
CONNECTION TEL                      93393853
SUBADDRESS
CONNECTION ID
ST. TIME                01/16 11:33
USAGE T                 01'11
PGS. SENT               8
RESULT                  OK
```

## CITY OF MINNEAPOLIS
## OFFICE OF THE CITY ATTORNEY
## 300 METROPOLITAN CENTRE
## 333 SOUTH SEVENTH STREET
## MINNEAPOLIS, MN 55402-2453
## CIVIL DIVISION FAX # (612) 673-3362

**TO:**    Albert T. Goins, Sr.

**OF:**    Goins & Wood

**RE:**    <u>Cook, Charles, Sylvia Mae, Timothy Blake v. City of Minneapolis</u>
           Case No. 06-0022 (DWF/AJB)

**FAX #:**   339-3853

**FROM:**    Tracey Nelson

**TELEPHONE #:**   (612) 673-2254

**DATE:**    January 16, 2007

**NO. OF PAGES:**   8

**COMMENTS:**