```
 1            UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
 2                   THIRD DIVISION

 3   - - - - - - - - - - - - - - - - - - - - - - -

 4   Charles Everett Cook, et. al.,
                                      No. 06-579 DWF/AJB
 5          Plaintiffs,

 6      vs.

 7   City of Minneapolis, et al.,

 8          Defendants.

 9   - - - - - - - - - - - - - - - - - - - - - - -
```



ORIGINAL

    The record regarding the depositions of
Charles Everett Cook, Sylvia Mae Cook, and Timothy
Blake Cook noted pursuant to Notices of Taking
Depositions, before Barbara A. Larsien, a Notary
Public in and for the County of Hennepin, State of
Minnesota, taken on the 31st day of January, 2007, at
333 South Seventh Street, Suite 300, Minneapolis,
Minnesota, commencing at approximately 10:05 a.m.



EXHIBIT 6

```
 1   APPEARANCES:

 2

 3

 4           TRACEY NELSON, ASSISTANT CITY ATTORNEY, CITY

 5   OF MINNEAPOLIS, 333 South Seventh Street, Suite 300,

 6   Minneapolis, Minnesota 55402, appeared for and on

 7   behalf of the defendants.

 8

 9

10           The original is in the possession of
                   Attorney Tracey Nelson.
11

12

13                            INDEX

14

15   RECORD RE: CHARLES E. COOK,
            SYLVIA M. COOK, AND
16          TIMOTHY B. COOK:

17   BY MS. NELSON                                Page 3

18   EXHIBITS:

19   Exhibit 1, Letter to Albert Goins,
            dated January 16, 2007; Affidavit
20          of Service Re: Deposition Notices;
            Notice of Taking Deposition of
21          Charles Everett Cook; Notice of
            Taking Deposition of Sylvia Mae
22          Cook; Notice of Taking Deposition
            of Timothy Blake Cook; and Fax
23          Cover Sheet to Albert T. Goins,
            with Transmission Report         Page 3
24

25
```

```
 1              (At this time COOK Exhibit 1
 2              was marked for identification
 3              by the court reporter.)
 4
 5              MS. NELSON:  My name is Tracey Nelson,
 6   I'm an Assistant City Attorney for the City of
 7   Minneapolis.  I noticed the depositions of the
 8   plaintiffs, Charles Cook, Sylvia Mae Cook, and Timothy
 9   Blake Cook, on January 16th for the depositions to be
10   held today, January 31st, 2007, at 9:30.  It is now
11   10:05.  I called plaintiffs' counsel at 9:41 and it
12   was not noted to be on his schedule for these
13   depositions.  I was told to call his cell phone.  I
14   called his cell phone and left a message.  At 10:00
15   o'clock he called me and stated that he was unaware of
16   the depositions being held today and requested that we
17   hold them another day.  And I would like to offer into
18   evidence Exhibit 1, the Notice of Depositions for the
19   three named plaintiffs, the affidavit of service, the
20   letter to counsel, and the fax sheet showing that it
21   had been faxed.
22              (Whereupon, at 10:05 a.m., Wednesday,
23              January 31, 2007, the record Re:
24              CHARLES E. COOK, SYLVIA M. COOK, and
25              TIMOTHY B. COOK was adjourned.)
```

```
 1   STATE OF MINNESOTA    )
                           ) SS.
 2   COUNTY OF HENNEPIN    )

 3           Be it known that I took the record re:
     Depositions of Charles E. Cook, Sylvia M. Cook, and
 4   Timothy B. Cook, on the 31st day of January, 2007, at
     Minneapolis, Minnesota;
 5
             That I was then and there a Notary Public in
 6   and for the County of Hennepin, State of Minnesota,
     and that by that virtue thereof, I was duly authorized
 7   to administer an oath;

 8           That the record was recorded in Stenotype by
     myself and transcribed into typewriting under my
 9   direction, and that the record is a true record of the
     testimony given to the best of my ability;
10
             That I am not related to any of the parties
11   hereto nor interested in the outcome of the action;

12           WITNESS my hand and seal this 31st day of
     January, 2007.
13
                         [signature]
14                       Barbara A. Larsien
                         Court Reporter
15

16

17                       BARBARA A LARSIEN
                         NOTARY PUBLIC -- MINNESOTA
                         MY COMMISSION EXPIRES 1-31-2010
18
```