

**Minneapolis**
*City of Lakes*

**Office of the City Attorney**
Jay M. Heffern
City Attorney

333 South 7th Street - Suite 300
Minneapolis MN 55402-2453

| | |
|---|---|
| Office | 612 673-2010 |
| Civil Division Fax | 612 673-3362 |
| Criminal Division Fax | 612 673-2189 |
| MCDA Fax | 612 673-5112 |
| TTY | 612 673-2157 |

March 1, 2007

The Honorable Arthur J. Boylan
Magistrate Judge, District of Minnesota
United States District Court
638 Federal Building
316 North Robert Street
St. Paul, MN  55101

Dear Magistrate Judge Boylan:

Defendants City of Minneapolis, police officers Mark Johnson, William Willner, Geoffrey Toscano, Katie Blackwell, Bevan Blauert, Jonathon Petron, Christopher House, Christie Nelson, Gary Westlund, Roger Smith, Jason King, Timothy Hanks, and Sergeants Robert Kroll and Donald Smulski hereby withdraw their motion to compel discovery and depositions, Docket Number 15, from the Plaintiffs Charles Everett Cook, Sylvia Mae Cook, and Timothy Cook, which was to be held on March 8, 2007, at 10:00 a.m., before the Honorable Arthur J. Boylan, United States Magistrate Judge, District of Minnesota, 180 E. Fifth Street, Courtroom 5E, St. Paul, MN.

Yours very truly

TRACEY L. NELSON
Assistant City Attorney
(612) 673-2254