## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Charles Everett Cook, Sylvia Mae Cook, and Timothy Blake Cook, natural persons,** | **Court File No.:  06-0022 (DWF/AJB)** |
| **Plaintiffs,** | |
| v. | |
| **City of Minneapolis, a municipal entity; Minneapolis Police Officer Mark Johnson, Badge #003459, in his individual, personal and official capacity; Sgt. D. Smulski, in his individual, personal and official capacity; Officer K. Blackwell, in his individual, personal and official capacity; Officer Geoffrey Toscano, Badge #007257, in his individual, personal and official capacity; Officer Bevan Blauert, Badge #003459, in his individual, personal and official capacity; Officer Jon Petron, Badge #4671, in his individual, personal and official capacity; Officer Christopher House, Badge #3165, in his individual, personal and official capacity; Sgt. Robert Kroll, Badge #003874, in his individual, personal and official capacity; Officer Christie Nelson, Badge #4959, in his individual, personal and official capacity; Officer William Willner, Badge #7783, in his individual, personal and official capacity; Officer Westlund, Badge #7674, in his individual, personal and official capacity; Officer Roger Smith, Badge #006689; Officer Jason King, Badge #003704, in his individual, personal and official capacity; Officer Timothy Hands, Badge #002660, in his individual, personal and official capacity; and Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police Officers, in their personal, individual, and official capacities,** | **AFFIDAVIT OF TRACEY NELSON IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| **Defendants.** | |

STATE OF MINNESOTA )
                    )ss
COUNTY OF HENNEPIN )

Your Affiant, being duly sworn on oath, deposes and states as follows:

1. She is an Assistant City Attorney employed by the City of Minneapolis.

2. In that capacity, she is one of the Assistant City Attorneys representing the Defendants in the above-entitled matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of Minneapolis Police Department report relating to the incident that occurred at 3845 2nd Ave. S. on January 13, 2005.

4. Attached hereto as Exhibit 2 is a true and correct copy of pages from the deposition of Sgt. Donald Smulski given in the above-entitled matter.

5. Attached hereto as Exhibit 3 is a true and correct copy of pages from the deposition of Officer Jeffrey Toscano given in the above-entitled matter.

6. Attached hereto as Exhibit 4 is a true and correct copy of pages from the deposition of Officer Jon Petron given in the above-entitled matter.

7. Attached hereto as Exhibit 5 is a true and correct copy of pages from the deposition of Officer Christopher House given in the above-entitled matter.

8. Attached hereto as Exhibit 6 is a true and correct copy of pages from the deposition of Charles Cook given in the above-entitled matter.

9. Attached hereto as Exhibit 7 is a true and correct copy of pages from the deposition of Sylvia Mae Cook given in the above-entitled matter.

10. Attached hereto as Exhibit 8 is a true and correct copy of pages from the deposition of Timothy Cook given in the above-entitled matter.

3

Further Affiant sayeth naught

Subscribed and sworn to  /s/ Tracey Nelson
before me this 12th day
of March, 2007.


/s/ Helen Peters
Notary Public
My Commission expires:

3