| Case Report | Minneapolis Police Department | CCN: MP-05-010496 |

## Report Details

| | |
|---|---|
| Reported Date: Jan 14, 2005 00:50 | Reporting Officer: 003459: Mark Johnson |
| Last Uploaded: | Date Printed: Jan 25, 2006 |
| Solvability: 100 | Related CCN : |
| Precinct: 03 | Call/Sqd: 396 |
| Assisting Officer: | Supervising Officer: 006172: John Rouner |
| Entered By: 003459 | Approving Supervisor: 006172: John N Rouner |
| Approval Status: Approved | Approval Date: |
| Date Returned: | Return Count: |

## Incident Details

Offense1: OBSTRU    Desc: Obst Legal Process    Statute: 609.50    Attempted:
Address: 3845 2 AV S, Minneapolis MN
Occurred From: 01/13/2005 22:30    Occurred To: 01/14/2005 00:05
Dispatched: 00:00:00    Arrived: 22:30:00    Cleared: 01:15:00
Location:    Minor Involved: No    Primary Routed Unit: 4116 - Assault

## Public Data

On the above date and time 1280 executed a high risk warrant for the night directed patrol unit on the listed address. After gaining entry they encountered ap1. Ap1 didn't cooperate with there commands, by yelling and screaming at them. This caused the warrant team to be distracted from there entry. Ap1 continued to yell and scream at us after we had entered the residence. We told ap1 to settle down and follow our directions. He continued to yell at us, causing us to be distracted and taking our attention away from other occupants inside the residence. There were four other occupants in the lower level of the residence. After telling ap1 numerous times to be quiet I took him to a squad car and put him in the rear. Ap1 had been flex cuffed. Ap1 was booked hcj for obstruct legal process without force.



EXHIBIT 1

## Arrestee

**Role / Role #:** A001  
**Name:** Cook, Timothy Blake  
**Residence:** 3845 2 AV S, Minneapolis MN  
**Telephone:** H:822-0155  
**Date of Birth:** 01/23/1964 **Event Age:** 40 **Est. Age:** 40 - 40 **Height:** 511 **Build:** ME  
**Race:** Black **Sex:** Male  
**Drv Lic #:** MN C200793092062 **MPD#:** 0000020943  
**Nick Name:**  
**City of Origin:** **St. of Origin:** **Email:**

───── *Arrest Information* ─────

**Arrest Address:** 3845 2 AV S, Minneapolis MN  
**Arrest Location:** **Precinct:** 03  
**Arrest Date:** Jan 13, 2005 22:30 **Disposition:** Booked County  
**Arresting Citizen:** -  
**Arresting Officer:** Johnson, Mark A **Badge #:** 003459 **Call/Sqd:** 396

───── *Charges* ─────

| Status | Type | Charge Code | Statute | Citation | Related CCN |
|---|---|---|---|---|---|
| Other | Misdemeanor | OBSTRU - Obst Legal Process | 609.50 | | |

───── *Personal Description* ─────

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Appearance | Mad/Angry | | |
| Complexion | Medium | | |
| Eye Color | Brown | | |
| Force Used | Yes | | |
| Hair Color | Black | | |
| Hair Length | Medium | | |
| Hair Style | Afro/Natural | | |
| Medical Treatment Given | No | | |
| Speech | Foul | | |
| Teeth | Normal | | |

## Other

**Role / Role #:** OT002  
**Name:** Cook, Sylvia Mae  
**Residence:** 3845 2 AV S, Minneapolis MN  
**Telephone:** H:612-822-0155  
**Date of Birth:** 04/09/1942 **Event Age:** 62 **Est. Age:** 62 - 62 **Height:** 507 **Build:** ME  
**Race:** Black **Sex:** Female  
**Drv Lic #:**  
**Nick Name:**  
**City of Origin:** Forest City **St. of Origin:** AR **Email:**

───── *Personal Description* ─────

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Appearance | Dirty | | |
| Appearance | Mad/Angry | | |
| Complexion | Dark | | |
| Employment Status | Unemployed | | |
| Hair Color | Black | | |
| Hair Length | Short | | |
| Hair Style | Afro/Natural | | |
| Medical Treatment Given | No | | |

| | |
|---|---|
| Person Wore | Glasses |

## Other

**Role / Role #:** OT004  
**Name:** Cook, Jaquita Ann  
**Residence:** 3845 2 AV S, Minneapolis MN  
**Telephone:** H:612-822-0155  
**Drv Lic #:**  
**Nick Name:**  

**Date of Birth:** 08/19/1982  **Event Age:** 22  **Est. Age:** 22 - 22  **Height:** 503  **Build:** ME  
**Race:** Black  **Sex:** Female  
**City of Origin:** Mpls  **St. of Origin:**  **Email:**

──── *Personal Description*

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Appearance | Dirty | | |
| Appearance | Mad/Angry | | |
| Employment Status | Unemployed | | |
| Hair Length | Medium | | |
| Hair Style | Afro/Natural | | straight |

## Other

**Role / Role #:** OT001  
**Name:** Cook, Charles Everett  
**Residence:** 3845 2 AV S, Minneapolis MN  
**Telephone:** H:621-822-0155  
**Drv Lic #:**  
**Nick Name:**  

**Date of Birth:** 05/10/1935  **Event Age:** 69  **Est. Age:** 69 - 69  **Height:** 506  **Build:** LI  
**Race:** Black  **Sex:** Male  
**City of Origin:** Wardell  **St. of Origin:** MO  **Email:**

──── *Personal Description*

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Appearance | Dirty | | |
| Appearance | Mad/Angry | | |
| Complexion | Dark | | |
| Employment Status | Retired | | |
| Hair Color | Black | | |
| Medical Treatment Given | No | | |
| R/L Handed | Right | | |

## Other

**Role / Role #:** OT003  
**Name:** Morris, Timeika Lashaunda  
**Residence:** 3845 2 AV S, Minneapolis MN  
**Telephone:** H:612-822-0155  
**Drv Lic #:**  
**Nick Name:**  

**Date of Birth:** 04/07/1984  **Event Age:** 20  **Est. Age:** 20 - 20  **Height:** 506  **Build:** OB  
**Race:** Black  **Sex:** Female  
**City of Origin:** Mpls  **St. of Origin:**  **Email:**

──── *Personal Description*

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Appearance | Dirty | | |

|  |  |  |
|---|---|---|
| Appearance | Mad/Angry |  |
| Complexion | Light Brown |  |
| Employment Status | Unemployed |  |
| Eye Color | Brown |  |
| Person Wore | Comments | white t-shirt, grey sweat pants |
| R/L Handed | Right |  |

## Other

**Role / Role #:** OT005  
**Name:** Gordon, Marcus Xavier  
**Residence:** 710 2 ST NE Apt. 207, Minneapolis  
**Telephone:** H:612-331-4417  
**Date of Birth:** 11/10/1974　**Event Age:** 30　**Est. Age:** 30 - 30　**Height:** 507　**Build:** ME  
**Race:** Black　**Sex:** Male  
**City of Origin:** Monroe　**St. of Origin:** LA　**Email:**  
**Drv Lic #:**  
**Nick Name:**

--- *Personal Description* ---

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Appearance | Friendly/Gentle |  |  |
| Complexion | Freckled |  | lighter |
| Employment Status | Unemployed |  |  |
| Facial Hair | Fuzz/Whisker |  |  |
| Hair Color | Black |  |  |
| Medical Treatment Given | No |  |  |

## Relationships

None Defined

## Modus Operandi

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Crime Elements | Arrest(s) Made |  |  |
| Crime Location | Single Family |  |  |

**End of report for case MP-05-010496. Print ID: 007bd807-c81d-4de4-9cce-b38d651a5272**

## Minneapolis Police Department CAPRS

**CCN:** MP-05-010496  
**Author:** 000664 - Katie Boone  

**Supplement number:** 1  
**Date Printed:** Jan 25, 2006

---

**SUPPLEMENT OF SGT D. SMULSKI AND OFFICER K. BLACKWELL ON 01/**
SUPPLEMENT OF SGT D. SMULSKI AND OFFICER K. BLACKWELL ON 01/14/2005 AT 1246 HOURS:

While investigating several robberies that were occurring at gunpoint in the area of 38th St E and Minnehaha Ave S, we obtained information from Officer Willner that he retrieved phone records from a victim (GERHARD) of a robbery of person on 01/03/2005 at 2200 hours (05-002341) cell phone that were placed after his cell phone was stolen. Bases on further investigation with Officer Willner we developed a suspect in the name of DARRELL WILLIAMS, who resides 3531 Snelling Ave S, whose telephone number had shown up on the phone records.

On 01/12/2005, in an interview conducted at the 3rd Precinct with WILLIAMS, he stated that he was present at the time of the robbery. WILLIAMS stated that a Cortez Cook was driving the get away van and had supplied the silver revolver to the main suspect who had demanded money from the victim. WILLIAMS described the van as black Astro van, with a decal on the left side window, and back tinted windows.

Approximately 2345 hours, a Dominos Pizza driver was robbed at 4212 Dight Ave S, in which the pizza order was placed on the stolen cell phone, taken from GERHARD a short time earlier. In the pizza robbery, the suspects had used a dark colored van, possibly maroon.

In checking CAPRS, COOK under juvenile arrest uses the first name spelled "CORTEZ", and under adult arrest spells his first name as "CARTEZ." COOK in 2003 was arrested in connection with a Dominos Pizza robbery and also a recent 2004 case in October, in which he was in a city park threatening an individual waiving a handgun. On 01/05/05 he was a suspect in a domestic assault with a relative at his residents, which was 3845 2nd Ave S.

On 01/13/05, we met with Hennepin County attorney AL HARRIS, and reviewed the facts prior to drafting a search warrant. Officer K. Blackwell authored the search warrant, which was presented to Hennepin County Judge Relois, who reviewed and signed the warrant.

Due to the background history of violence associated with COOK, we then asked SGT Kroll and his team on 1280 to make an entry for us. At 2237 hours, entry was made into the single-family dwelling. While on the front perimeter we could hear the loud voice of a male inside ranting and raving sounding out of control. Once 1280 had contained the inside and advised that they were code 4, the team then entered inside. Our first contact was with AP1, who was rolling back and forth from his front to his side. He was being belligerent and disruptive, refusing to quiet down at our request, as SGT Smulski was trying to explain to the residence that we had a search warrant for the dwelling. SGT Smulski, on the fourth attempt told him in a bolder approach to quiet him down stated, "You need to just shut up." AP1 said, "You'd see how I'd shut up if these handcuffs weren't on." AP1 was inciting the residents and had to be removed and placed in the squad in order for us to continue to talk to residents and continue our investigation.

Officer Blackwell had Officer M. Johnson search a small area off the living room for weapons, and all family members were secured at that location. It should also be noted that the elder grandfather CHARLES COOK, had been lying on his back not handcuffed by the front door, after he had been placed on the floor during the 1280 entry. SLYVIA COOK, grandmother of CORTEZ, was shown a copy of the search warrant.

We did locate CORTEZ in the house and he was eventually brought back voluntarily to the 3rd Precinct to be interviewed. Once, the search was completed, a copy of the warrant and page 5 receipt was left at the dwelling.

## Minneapolis Police Department CAPRS

**CCN:** MP-05-010496
**Author:** 007257 - Geoffrey Toscano
**Supplement number:** 2
**Date Printed:** Jan 25, 2006

---

**Statement of Officer Toscano (7257) on 01/14/2005 at 1705 ho**
Statement of Officer Toscano (7257) on 01/14/2005 at 1705 hours
CCN 05-10496


On 01/13/2005 I was working 1280, which is the high risk warrant entry team. We were contacted by Sgt. Smulski and asked to do an entry at 3845 2 Av. So. We met at the Third Pct. and briefed. I was assigned to the ram team along with Officer Roger Smith.


Upon arriving at the address we approached the house. Both the porch door and the house door were unlocked thus we were not needed to ram. Once inside I helped to clear the first floor and all people that were located on the first floor. In the living room there were three black females and two children. They were all uncooperative. They were not following our orders to sit down and be quiet. In the entry way there were two black males. They too were uncooperative and and were not following orders. The older black male kept sitting up and telling me to shoot him. Due to the fact that he had a stint in his arm we did not flex cuff him. Due to this it took our attention away from the other occupants because he kept sitting up and yelling at us. While this was going on one of the black females kept trying to get up and call the Mayors office. She was ordered a number of times to sit down. Once the second and third floors were cleared we turned the scene over to Sgt. Smulskis' team.

## Minneapolis Police Department CAPRS

**CCN:** MP-05-010496  
**Author:** 000585 - Bevan Blauert  
**Supplement number:** 3  
**Date Printed:** Jan 25, 2006

---

**Statement of Officer Blauert #0585 on ccn 05-10496:**  
Statement of Officer Blauert #0585 on ccn 05-10496:

I was working squad 510 on 1-13-2005 when I was requested by Sgt Kroll to assist 1280 serve a warrant in the 3rd pct. I arrived at the 3rd pct and was briefed that we would be going to 3845 2nd ave s in search of an armed robber. I was assigned to the halogen for the execution of the warrant.

At approximately 2230 hours we arrived at the target address and found the front door to be open. I entered the dwelling to find multiple people in the front livingroom area. It was loudly announced that we were the police and we were there for a search warrant. I covered at least 2 women who were in the company of younger children and advised them to calm down. My attention was drawn to 2 older black males who were loudly protesting the commands of the team to get down on the ground so we could proceed throughout the rest of the house in search of the armed robber. I requested a male who was lying in the front entry several times to be quite and to stay down. I was then requested to proceed with the team upstairs to search where I was advised the team had located the robber we were looking for. After clearing the attic area I returned downstairs to still hear the male in the entry way was still be very uncooperative. I was ordered by Sgt Kroll to handcuff this male in order to control him because obviously agitated with officers. The warrant was then considered to be under control and I left the residence. I later learned that the uncooperative male who had been causing the problems on the warrant had been arrested for obstruction.