## Minneapolis Police Department CAPRS

**CCN:** MP-05-010496  
**Author:** 007674 - Gary Westlund

**Supplement number:** 10  
**Date Printed:** Jan 25, 2006

---

**STATEMENT OF OFFICER WESTLUND 7674.**
STATEMENT OF OFFICER WESTLUND 7674.

WHILE ASSIGNED TO THE 3RD PCT DIRECTED PATROL, I ASSISTED WITH THE EXECUTION OF A SEARCH WARRANT AT 3845 2ND AVE S. I WAS ON A PERIMETER POSITION IN THE REAR OF THE ADDRESS WHILE SQUAD 1280 MADE ENTRY AND CLEARED THE ADDRESS. ONCE THE SCENE WAS C4, I ENTERED THE HOUSE THROUGH THE FRONT DOOR.

ONCE INSIDE, I OBSERVED TWO BLACK MALES ON THE FLOOR. BOTH OF THESE MALES WERE YELLING PROFANITIES.

I THEN WENT TO A BEDROOM ON THE TOP FLOOR AND CONDUCTED A SEARCH OF THE ROOM. THIS ROOM WAS VERY CLUTTERED AND DIRTY WITH TRASH, CLOTHES, AND A BOTTLE OF WHAT APPEARED TO BE URINE ON THE FLOOR. IN THE ROOM, ON A LEDGE NEAR A BED, I LOCATED A MN PHOTO ID IN THE NAME OF CARTEZ LAMAR COOK AND SEVERAL CEL PHONE BILLS AND A MN MOTOR VEHICLE TITLE FOR A CHEV VAN, ALSO IN THE NAME OF CARTEZ LAMAR COOK.

I THEN ASSISTED OTHER OFFICERS WITH SEARCHING OTHER COMMON AREAS IN THE HOUSE, WHICH WAS ALSO VERY CLUTTERED AND DIRTY. I DID NOT LOCATE ANY OTHER POSSIBLE EVIDENCE.

## Minneapolis Police Department CAPRS

**CCN:** MP-05-010496
**Author:** 006689 - Roger Smith

**Supplement number:** 11
**Date Printed:** Jan 25, 2006

---

**Supplement of Off R.Smith #006689 on 01/20/2005 14:17**
Supplement of Off R.Smith #006689 on 01/20/2005 14:17
Supplement of Off R.Smith #006689 on 01/19/2005 21:39
Supplement of Off R.Smith #006689 on 01/19/2005 21:37
Supplement of Off R.Smith #006689 on 01/19/2005 21:25
STATEMENT OF OFFICER R. D. SMITH BADGE 6689 TYPED BY SELF ON 01-19-2005 @ 2100 HOURS.

On 01-13-2005 at approximately 2240 hours I was assigned to the Minneapolis Swat 1280 Warrant TEAM. We were called to assist the 3rd Precinct on a search warrant for 3845 2nd avenue south. On the briefing from Sgt. Smulski we were advised that this was a warrant for a black male and we were looking for possibly an armed suspect that was involved in a ROBBERY. SERGEANT KROLL briefed OFFICERS from the 1280 TEAM and I was assigned to the RAM TEAM which uses a RAM to basically break the door in. On the approach after parking in front of the address officers went into the porch and then into the house as both doors were unlocked.

I dropped the RAM at the porch when I saw that we were not going to need it. I entered after all of the other OFFICERS entered and was yelling POLICE SEARCH WARRANT as soon as I got in because there were three females along with 4 young kids and all of them were screaming frantically and the adults were demanding to see a search warrant. I covered on these parties and then moved to cover a stairway that went to the upstairs. I could also see that there was a possible cross fire with the point officers as they were comming from the kitchen. I was covering the stairway and an older male came downstairs I yelled commands at him and he did not comply. I was pointing my handgun which has a flashlight on it and again told him to get on the ground and he failed to comply and began to argue. Officers that were point officers then came from the kitchen, and the older male and another male had to be forced to the ground because they were not complying. After these parties were put on the floor I was called to assist clearing the upper floors with OFFICER HANKS and SERGEANT KROLL. I then did a secondary search for additional suspects before the scene was turned over to the 3rd PRECINCT CRT TEAM. After going back downstairs the two males and the female adults were still uncooperative and still screaming and demanding to see Search warrants.

It should be noted that the two males that were upstairs had knowledge about the robbery suspect because they stated are you guys looking for a male that was involved in a robbery.

## Minneapolis Police Department CAPRS

**CCN:** MP-05-010496
**Author:** 003704 - Jason King

**Supplement number:** 12
**Date Printed:** Jan 25, 2006

---

**Supplement of Off J.King #003704 on 01/20/2005 14:28**
Supplement of Off J.King #003704 on 01/20/2005 14:28
While assigned to 1280, we were assisting 3rd PCT CRT in the execution of a searchj warrant at the above address. I was assigned to the avon for the entry. The front door to the residence was breached without ramming it since it was open. We then entered the living room were I saw some B/F's and small childeren. I passed by these parties since they were sitting with their hands up. I then proceeded into the kitchen area where I located the door to the basement. I secured this door until I had another officer with me, then I entered the basement and cleared it. I then stood by in the house until 3rd PCT officers came inside and took charge of the scene.

## Minneapolis Police Department CAPRS

**CCN:** MP-05-010496  
**Author:** 002660 - Timothy Hanks  
**Supplement number:** 13  
**Date Printed:** Jan 25, 2006

---

**Supplement of Off T.Hanks #002660 on 01/20/2005 21:11**  
Supplement of Off T.Hanks #002660 on 01/20/2005 21:11  
STATEMENT OF OFFICER T.C.HANKS #2660,MPLS SWAT, TYPD BY SAME

I was assigned as point man for the SWAT 1280 team SGT. Kroll team leader. We were briefed by the 3rd Directed Patrol team on a high risk warrant at 3845 2nd Ave S. on a robbery suspect.

After the brief we arrived from the south and made our appoarch to the front of the house. I tried the front door and found it unlocked. I then moved into an enclosed porch and tried another closed door finding it unlocked. I opened the door quickly and moved into the house yelling POLICE SEARCH WARRANT. I moved into the livingroom area finding some black females and kids in the room. I could see all their hands and continued to the into the dining room and then to the kitchen area. As I went into the kitchen, moved to the right to checked a closed rear door that was locked.

Sgt. Kroll moved to point and we moved through the kitchen back toward the front of the house where Sgt. Kroll came into contact with two black males that came from the upstairs. They were ordered to the floor several time and refused to listen to verbal commands. I moved to cover the upstairs do to the fact that the team was spread out and some areas were not covered. A short time later, Sgt. Kroll and I moved to the second floor finding two more black males in a bedroom. The rest of the house was cleared and turned over the 3rd PCT team.

---

**End of Supplement report for case MP-05-010496. Print ID: da3311df-f1ef-445c-9503-17c9db2e965a**