UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

Charles Everett Cook, Sylvia Mae Cook,
and Timothy Blake Cook, natural persons,

                    Plaintiffs,

v.

City of Minneapolis, a municipal entity;
Minneapolis Police Officer Mark Johnson,
Badge # 003459, in his individual, personal and
official capacity; Sgt. D. Smulski, in his individual,
personal and official capacity; Officer K. Blackwell,
in his individual, personal and official capacity;
Officer Geoffrey Toscano, Badge # 007257,
in his individual, personal and official capacity;
Officer Bevan Blauert, Badge # 003459
in his individual, personal and official capacity;
Officer Jon Petron, Badge # 4671, in his
individual, personal and official capacity;
Officer Christopher House, Badge # 3165,
in his individual, personal and official capacity;
Sgt. Robert Kroll, Badge # 003874, in his
individual, personal and official capacity;
Officer Christie Nelson, Badge #4959, in her
individual, personal and official capacity;
Officer William Willner, Badge # 7783,
in his individual, personal and official capacity;
Officer Westlund, Badge # 7674, in his
individual, personal and official capacity;
Officer Roger Smith, Badge #006689, in his
individual, personal and official capacity;
Officer Jason King, Badge #003704, in his
individual, personal and official capacity;
Officer Timothy Hands, Badge #002660,
in his individual, personal and official capacity;
and Officer Jane Doe and Richard Roe, unknown,
unnamed officers of the Minneapolis, in their
personal, individual, and official capacity;

                    Defendants.

Court File No.: 06-0579 (DWF/AJB)

**DECLARATION OF ALBERT TURNER GOINS OPPOSING PARTIAL SUMMARY JUDGMENT**

## **DECLARATION**

The undersigned under penalty of perjury submits the following with respect to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.

1. Declarant is an attorney for Plaintiffs, Charles Everett Cook, Sylvia Cook and Timothy Cook.
2. Attached hereto are copies of the Depositions of the following Defendants:
    a. Lt. Robert Kroll
    b. Officer Roger Smith
    c. Officer Mark Johnson
    d. Officer Bevan Blauert
    e. Officer Timothy Hanks
3. Further Declarant says naught.

Dated: April 7, 2007

**s/ Albert Goins**
Albert T. Goins (#126159)
GOINS LAW OFFICE, LTD.
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848 tel.
(612) 339-3853 fax

Attorneys for Charles Everett Cook, Sylvia Mae Cook and Timothy Blake Cook