**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Charles Everett Cook, Sylvia Mae Cook, and Timothy Blake Cook, natural persons,<br><br>Plaintiffs,<br><br>v.<br><br>City of Minneapolis, a municipal entity; Minneapolis Police Officer Mark Johnson, Badge #003459, in his individual, personal and official capacity; Sgt. D. Smulski, in his individual, personal and official capacity; Officer K. Blackwell, in his individual, personal and official capacity; Officer Geoffrey Toscano, Badge #007257, in his individual, personal and official capacity; Officer Bevan Blauert, Badge #003459, in his individual, personal and official capacity; Officer Jon Petron, Badge #4671, in his individual, personal and official capacity; Officer Christopher House, Badge #3165, in his individual, personal and official capacity; Sgt. Robert Kroll, Badge #003874, in his individual, personal and official capacity; Officer Christie Nelson, Badge #4959, in his individual, personal and official capacity; Officer William Willner, Badge #7783, in his individual, personal and official capacity; Officer Westlund, Badge #7674, in his individual, personal and official capacity; Officer Roger Smith, Badge #006689; Officer Jason King, Badge #003704, in his individual, personal and official capacity; Officer Timothy Hands, Badge #002660, in his individual, personal and official capacity; and Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police Officers, in their personal, individual, and official capacities, | Court File No.: 06-0579 (DWF-AJB)<br><br><br>**FURTHER SUPPLEMENTAL DECLARATION OF ALBERT T. GOINS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

2

|  |
|---|
| Defendants. |

I, Charles E. Cook, under penalty of perjury declare that the foregoing is true and correct:

1. I am attorney for Plaintiffs in this matter.

2. Attached hereto are copies of the following deposition of Plaintiffs:

    a. Charles Everett Cook;
    b.  Sylvia Mae Cook; and
    c. Timothy Blake Cook.

**FURTHER YOUR DECLARANT SAYETH NOT.**

/s/ Albert T. Goins, Sr. \_\_\_\_                                     April 7, 2007\_\_\_\_\_