UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles Everett Cook, Sylvia Mae Cook, and Timothy Blake Cook, natural persons,

Plaintiffs,

v.

City of Minneapolis, a municipal entity; Minneapolis Police Officer Mark Johnson, Badge #003459, in his individual, personal and official capacity; Sgt. D. Smulski, in his individual, personal and official capacity; Officer K. Blackwell, in his individual, personal and official capacity; Officer Geoffrey Toscano, Badge #007257, in his individual, personal and official capacity; Officer Bevan Blauert, Badge #003459, in his individual, personal and official capacity; Officer Jon Petron, Badge #4671, in his individual, personal and official capacity; Officer Christopher House, Badge #3165, in his individual, personal and official capacity; Sgt. Robert Kroll, Badge #003874, in his individual, personal and official capacity; Officer Christie Nelson, Badge #4959, in his individual, personal and official capacity; Officer William Willner, Badge #7783, in his individual, personal and official capacity; Officer Westlund, Badge #7674, in his individual, personal and official capacity; Officer Roger Smith, Badge #006689; Officer Jason King, Badge #003704, in his individual, personal and official capacity; Officer Timothy Hands, Badge #002660, in his individual, personal and official capacity; and Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police Officers, in their personal, individual, and official capacities,

Defendants.

Court File No.: 06-579 (DWF/AJB)

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST OFFICERS ORDER OF DISMISSAL AGAINST DEFENDANT OFFICER MARK JOHNSON, OFFICER K. BLACKWELL, OFFICER GEOFFREY TOSCANO, OFFICER BEVAN BLAUERT, OFFICER JON PETRON, OFFICER CHRISTOPHER HOUSE, LIEUTENANT ROBERT KROLL, OFFICER CHRISTIE NELSON, OFFICER WILLIAM WILLNER, OFFICER GARY WESTLUND, OFFICER ROGER SMITH, OFFICER JASON KING, OFFICER TIMOTHY HANKS, SERGEANT DONALD SMULSKI, OFFICERS JANE DOE AND RICHARD ROE

Pursuant to the Settlement Agreement entered on the record on August 7, 2007, the parties, by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiffs' Complaint against Officer Mark Johnson, Officer K. Blackwell, Officer Geoffrey Toscano, Officer Bevan Blauert, Officer Jon Petron, Officer Christopher House, Lieutenant Robert Kroll, Officer Christie Nelson, Officer William Willner, Officer Westlund, Officer Roger Smith, Officer Jason King, and Officer Timothy Hanks, Sergeant Donald Smulski, Officers Jane Doe and Richard Roe without prejudice and without costs or attorney's fees to either party. Defendants agree to toll the statute of limitations period until the settlement agreement is fully-executed.

Dated: 8/12/2007
GOINS LAW OFFICE
By
*[signature]*
ALBERT GOINS
Attorney Reg. No. 126159
301 4th Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
612-339-3848

MAYA SULLIVAN
Attorney Reg. No.
3948 Central Avenue N.E.
Minneapolis, MN 55421
763-788-1000

*Attorneys for Plaintiffs*

Dated: 8·13·07
JAY M. HEFFERN
City Attorney
By
*[signature]*
TRACEY L. NELSON
Assistant City Attorney
Attorney Reg. No. 0311807
JAMES A. MOORE
Assistant City Attorney
Attorney Reg. No. 16883X
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453

*Attorneys for Defendants*